AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| International Designs Corporation, LLC, a Florida limited liability corporation and HairTalk GmbH, a limited liability company of Germany<br><br>*Plaintiff(s)*<br>v.<br>Qingdao Seaforest Hair Products Co., Ltd., a Chinese company<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO: 17-cv-60431-MORENO/O'Sullivan<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Qingdao Seaforest Hair Products Co., Ltd.
12th Floor, Tower B, 3rd Building, Hisense Chuangzhigu
20 Zhuzhou Road, Laoshan District, Qingdao, China 266101
email: contact@seaforesthair.com; Yabin.li@seaforesthair.com
phone: +86-532-80997397

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert C. Kain, Esq., Kain Spielman, P.A.
900 S.E. Third Avenue, Suite 205
Fort Lauderdale, FL 33316
Phone: 954-768-9002
Email: rkain@complexip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 28, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts